In The



Court of Appeals



Ninth District of Texas at Beaumont



_________________



NO. 09-07-503 CR


_____________________



ALEX J. JEANMARD A/K/A ALEX J. JEAUMARD, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Court No. 81077 






MEMORANDUM OPINION



 We have before the Court a motion from the appellant, Alex J. Jeanmard a/k/a Alex
J. Jeaumard, to withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed
by appellant personally, acting pro se after counsel filed a brief which certifies that counsel
could find no arguable error upon which to base an appeal. No opinion has issued in this
appeal. 

 The motion to withdraw as counsel is GRANTED. Alex J. Jeanmard a/k/a Alex J.
Jeaumard is enrolled pro se. It is further ORDERED that the motion to withdraw notice of
appeal is GRANTED, and the appeal is DISMISSED. 

 APPEAL DISMISSED.


 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered December 17, 2008

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.